DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>             Plaintiff,           )<br>                                   )<br>      v.                           )<br>                                   )<br> MONICA DE LA TORRE-SALCEDO,       )<br>                                   )<br>             Defendant.            )<br>_____) | No. CR-S-08-00072-WBS<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:  April 7, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

It is hereby stipulated and agreed between defendant, MONICA DE LA TORRE-SALCEDO, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 7, 2008 may be continued to May 12, 2008 at 8:30 a.m.

Defense counsel seeks additional time to consult with Ms. De La Torre-Salcedo regarding the ongoing investigation of her prior conviction, the results of which may affect resolution of her case. In order to afford time to complete this task, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through May 12, 2008, pursuant to Title 18, United States

Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 3, 2008          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for MONICA DE LA TORRE-SALCEDO


McGREGOR W. SCOTT
United States Attorney

Dated: April 3, 2008          /s/  T. Zindel for K. Reardon
                              SEAN FLYNN
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 12, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE