DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> MONICA DE LA TORRE-SALCEDO,  )<br>                              )<br>           Defendant.        )<br> _____ ) | No. CR-S-08-00072-WBS<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME<br><br>Date:  May 12, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

It is hereby stipulated and agreed between defendant, MONICA DE LA TORRE-SALCEDO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for May 12, 2008 may be continued to June 9, 2008 at 8:30 a.m.

Defense counsel met yesterday with the government to provide evidence in mitigation of the charge, and the government is presently considering the defense's proposed resolution.  In order to conduct further investigation, and allow the government sufficient time to consider defense's proposed resolution, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

1  order through June 9, 2008, pursuant to Title 18, United States Code,
2  Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   May 8, 2008                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MONICA DE LA TORRE-SALCEDO


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:   May 8, 2008                /s/  T. Zindel for K. Reardon
                                    SEAN FLYNN
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 9, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  May 9, 2008

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE