1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   MONICA DE LA TORRE-SALCEDO
7

8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-08-00072-WBS
                                   )
13                     Plaintiff,  )
                                   )  STIPULATION AND ORDER CONTINUING
14      v.                         )  STATUS CONFERENCE AND EXCLUDING
                                   )  TIME
15  MONICA DE LA TORRE-SALCEDO,    )
                                   )
16                     Defendant.  )  Date:  June 9, 2008
                                   )  Time:  8:30 a.m.
17  _____)  Judge: William B. Shubb

18

19       It is hereby stipulated and agreed between defendant, MONICA DE LA

20  TORRE-SALCEDO, and plaintiff, United States of America, by and through

21  their attorneys, that the status conference scheduled for June 9, 2008

22  may be continued to June 23, 2008 at 8:30 a.m.

23       The government has reviewed materials provided by defense counsel,

24  but defense counsel seeks additional time to travel to Nevada City to

25  consult with Ms. De La Torre-Salcedo who is housed there. In order to

26  confer with client and continue negotiations with the government, the

27  parties agree that time under the Speedy Trial Act should be excluded

28  from the date of this order through June 23, 2008, pursuant to Title

1  18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code

2  T4).

3                              Respectfully Submitted,

4                              DANIEL J. BRODERICK
                               Federal Defender

5

6  Dated:   June 5, 2008        /s/ T. Zindel
                               TIMOTHY ZINDEL
7                              Assistant Federal Defender
                               Attorney for Defendant
8                              MONICA DE LA TORRE-SALCEDO

9

10                             McGREGOR W. SCOTT
                               United States Attorney
11

12  Dated:   June 5, 2008        /s/  T. Zindel for D. McConkie
                               DANIEL S. MCCONKIE
13                             Assistant U.S. Attorney

14

15                         O R D E R

16      The status conference is continued to June 23, 2008 at 8:30 a.m.

17  The court finds that a continuance is necessary for the reasons stated

18  above and further finds that the ends of justice served by granting a

19  continuance outweigh the best interests of the public and the defendant

20  in a speedy trial.  Time is therefore excluded from the date of this

21  order through June 23, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

22  (B)(iv).

23      IT IS SO ORDERED.

24  Dated:   June 9, 2008

25

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
27

28