DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>MONICA DE LA TORRE-SALCEDO,   )<br>                              )<br>           Defendant.         )<br>_____) | No. CR-S-08-00072-WBS<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME<br><br>Date:  June 23, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

It is hereby stipulated and agreed between defendant, MONICA DE LA TORRE-SALCEDO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for June 23, 2008 may be continued to July 14, 2008 at 8:30 a.m.

Defense counsel seeks time to gather additional information and to meet with supervisors at the U.S. Attorneys Office regarding the appropriate resolution of the case.  In order to conduct further investigation, and allow the government sufficient time to consider defense's proposed resolution, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through

1  July 14, 2008, pursuant to Title 18, United States Code, Section
2  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   June 19, 2008                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MONICA DE LA TORRE-SALCEDO


                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:   June 19, 2008                  /s/  T. Zindel for K. Reardon
                                        SEAN FLYNN
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to July 14, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through July 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

     IT IS SO ORDERED.

Dated:  June 20, 2008

                          /s/ William B. Shubb
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE