DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MONICA DE LA TORRE-SALCEDO,<br><br>            Defendant. | No. 2:08-CR-072 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  August 11, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

It is hereby stipulated and agreed between defendant, MONICA DE LA TORRE-SALCEDO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for August 11, 2008 may be continued to August 25, 2008 at 8:30 a.m.

Defense counsel is scheduled to meet again this week with government counsel regarding resolution of the case and he continues to seek information useful to resolving the charges. In order to complete additional investigation, to allow the government time to consider defense's proposed resolution, and to consult with Ms. DeLaTorre, who is incarcerated at Nevada City, the parties agree that time under the Speedy

1  Trial Act should be excluded from the date of this order through August
2  25, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A)
3  and (B)(iv)(Local Code T4).

4                                    Respectfully Submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:   August 7, 2008           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for MONICA DeLaTORRE-SALCEDO
9

10                                   McGREGOR W. SCOTT
                                     United States Attorney
11

12 Dated:   August 7, 2008           /s/ T. Zindel for D. McConkie
                                     DANIEL McCONKIE
13                                   Assistant U.S. Attorney

14

15                                **O R D E R**

16      The status conference is continued to August 25, 2008 at 8:30 a.m.
17 The court finds that a continuance is necessary for the reasons stated
18 above and further finds that the ends of justice served by granting a
19 continuance outweigh the best interests of the public and the defendant
20 in a speedy trial.  Time is therefore excluded from the date of this
21 order through August 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
22 (B)(iv).

23      IT IS SO ORDERED.

24

25 Dated:   August 7, 2008

26                          [signature]
27                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
28