DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-072 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MONICA DE LA TORRE-SALCEDO, | |
| Defendant. | Date: August 25, 2008<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between defendant, MONICA DE LA TORRE-SALCEDO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for August 25, 2008 may be continued to September 29, 2008 at 8:30 a.m.

Defense counsel is scheduled to meet again this week with government counsel regarding resolution of the case and he continues to seek information useful to resolving the charges. In order to complete additional investigation, to allow the government time to consider defense's proposed resolution, and to consult with Ms. DeLaTorre, who is incarcerated at Nevada City, the parties agree that time under the Speedy

1  Trial Act should be excluded from the date of this order through
2  September 29, 2008, pursuant to Title 18, United States Code, Section
3  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  August 20, 2008             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MONICA DeLaTORRE-SALCEDO


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  August 20, 2008             /s/ T. Zindel for D. McConkie
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 29, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 20, 2008

                              *[signature]*
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE