DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>MONICA DE LA TORRE-SALCEDO,<br><br>              Defendant.<br>_____ | No. 2:08-CR-072 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  September 29, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

     IT IS HEREBY STIPULATED AND AGREED between defendant, MONICA DE LA TORRE-SALCEDO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for September 29, 2008 may be continued to November 3, 2008 at 8:30 a.m.

     Defense counsel is consulting with the Mexican consulate and considering an attack on Ms. De la Torre's sole prior conviction. Meanwhile, the consulate is also assisting Ms. De la Torre in reopening a custody case involving her daughter, who has been in foster care in San Joaquin County for over five years without being adopted. Ms. De la Torre has asked that these matters be given additional attention before

1  her criminal case is resolved, and counsel for the government has agreed
2  that additional preparation time is appropriate.  The parties agree that
3  time under the Speedy Trial Act should be excluded from the date of this
4  order through November 3, 2008, pursuant to Title 18, United States Code,
5  Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: September 24, 2008      /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MONICA DeLaTORRE-SALCEDO


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: September 24, 2008      /s/ T. Zindel for D. McConkie
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 3, 2008 at 8:30 a.m.
The court finds that a continuance is necessary for the reasons stated
above and further finds that the ends of justice served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  Time is therefore excluded from the date of this
order through November 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
(B)(iv).

    IT IS SO ORDERED.

Dated: September 26, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE