DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MONICA DE LA TORRE-SALCEDO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>             Plaintiff,          )<br>                                 )<br>       v.                        )<br>                                 )<br>                                 )<br>MONICA DE LA TORRE-SALCEDO,      )<br>                                 )<br>             Defendant.          )<br>                                 )<br>_____)  | No. 2:08-CR-072 WBS<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  November 3, 2008<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between Defendant, Monica De La Torre-Salcedo, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 3, 2008 may be continued to November 17, 2008 at 8:30 a.m.

    Defense counsel is meeting today with Ms. De La Torre-Salcedo and government counsel is reviewing the defense's proposed resolution.  Both parties seek time to complete their discussions.  The parties agree that time under the Speedy Trial Act should be excluded from the date of this

order through November 17, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
Federal Defender

Dated: October 30, 2008        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MONICA DeLaTORRE-SALCEDO

                                        McGREGOR W. SCOTT
United States Attorney

Dated: October 30, 2008        /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

## O R D E R

The status conference is continued to November 17, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 17, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                    -2-