DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MONICA DE LA TORRE-SALCEDO



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | ) No. 2:08-CR-072 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| MONICA DE LA TORRE-SALCEDO, | ) |
|  | ) Date: November 17, 2008 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Judge: William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between Defendant, Monica De La Torre-Salcedo, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 17, 2008 may be continued to November 24, 2008 at 8:30 a.m.

The government continues to consider the defense's proposed resolution. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November 24, 2008,

///

///

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 13, 2008        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MONICA DeLaTORRE-SALCEDO


                                McGREGOR W. SCOTT
                                United States Attorney

Dated: November 13, 2008        /s/ T. Zindel for D. McConkie
                                DANIEL McCONKIE
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 24, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


Dated: November 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                    -2-