DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA DE LA TORRE-SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-072 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MONICA DE LA TORRE-SALCEDO, ) | |
| ) | Date: November 24, 2008 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between Defendant, Monica De La Torre-Salcedo, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 24, 2008 may be continued to December 15, 2008 at 8:30 a.m.

   The parties have tentatively agreed to a resolution, but the final language has yet to be written.  Defense counsel will not be able to review the final agreement with Ms. De La Torre-Salcedo until December 2 or after December 8.  However, the parties hope to have their resolution complete by December 15, 2008.  The parties agree that time under the

Speedy Trial Act should be excluded from the date of this order through December 15, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: November 20, 2008      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MONICA DeLaTORRE-SALCEDO

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: November 20, 2008      /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to December 15, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: November 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                            -2-